# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

───────────────────────────────────────────────

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 10-CR-127

DANIEL OCANA, et al.,

    Defendants.

───────────────────────────────────────────────

## ORDER

On October 19, 2010, United States Magistrate Judge Aaron E. Goodstein issued a recommendation that this court deny defendant Daniel Ocana's motion to suppress evidence recovered during the search of the defendant's house. Neither party has filed a timely objection to the recommendation as required by 28 U.S.C. § 636(b)(1)(B) and Fed. R. Crim. P. 59(b)(2). After reviewing the recommendation, the court adopts it in its entirety and denies Ocana's motion to suppress. *See United States v. Edwards*, 894 F.Supp. 340, 341 (E.D.Wis. 1995) (holding *de novo* review only required for portions of magistrate's recommendation to which timely object is made).

Accordingly,

**IT IS ORDERED** that the October 19, 2010 recommendation of Magistrate Goodstein that defendant's motion to suppress evidence be denied (Docket #40) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that defendant Daniel Ocana's motion to suppress evidence (Docket #38) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 9th day of November, 2010.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge